UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEITH RUSSELL JUDD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-0780 (PLF) |
| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

MEMORANDUM OPINION

This action, brought pro se by a federal prisoner, is before the Court on its initial review of the complaint. The Court is required to screen a prisoner's complaint and dismiss it as soon as practicable if, among other grounds, the complaint fails to state a claim upon which relief may be granted or seeks monetary damages from officials who are immune from suit. 28 U.S.C. § 1915A(a)-(b). The Court will dismiss the complaint on both grounds.[1]

Plaintiff has filed a "Motion for Relief from Judgment by Independent Action Pursuant to Fed. R. Civ. P., Rule 60(b); Rules Enabling Act, 28 U.S.C. § 2072; 28 U.S.C. § 1631; 28 U.S.C. § 455(a)." He seeks "relief from the judgment" of conviction entered by the United States District Court for the Western District of Texas. Complaint at 1. As plaintiff has been advised previously, this claim must be pursued by petitioning the sentencing

---

[1] Plaintiff has a number of motions pending that, in light of this outcome, will be denied as moot.

court pursuant to § 2255.  See Judd v. United States of America, Civ. Action No. 05-1152 (D.D.C., June 9, 2005); Judd v. United States of America, Civ. Action No. 05-1221 (D.D.C., June 22, 2005).  This Court lacks authority to review plaintiff's judgment of conviction.

Plaintiff also seeks $10 million in damages.  Although he lists four individuals as defendants, plaintiff complains only about acts taken by United States District Judge Royal Ferguson.  See Complaint at 3-4.  Judges are absolutely immune from suit for actions, such as those alleged here, taken in a judicial or quasi-judicial capacity.  Forrester v. White, 484 U.S. 219, 225 (1988); Stump v. Sparkman, 435 U.S. 349, 355-57 (1978); Sindram v. Suda, 986 F.2d 1459, 1460 (D.C. Cir. 1993).  As for the other named defendants, plaintiff has made no accusations against them and therefore has failed to state a claim upon which relief may be granted.

For the foregoing reasons, the Court, acting sua sponte, dismisses the complaint in its entirety.  A separate Order accompanies this Memorandum Opinion.

_____s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 3, 2005